In the United States Bankruptcy Court
Western District of Virginia
Lynchburg Division

RE:
George Roosevelt Seward
Karen Denise Seward,

*Debtor(s)*

Chapter 13 Case

Number 11-60543

**Order Granting Motion to
Continue Automatic Stay**

This matter came upon the Motion for Continuation of the Automatic Stay and the Memorandum in Support Thereof (the "Motion") was filed herein by George Roosevelt Seward and Karen Denise Seward (the "Debtor(s)"); and

UPON CONSIDERATION WHEREOF, it appearing to the Court that the Debtor(s) filed this bankruptcy case on February 28, 2011 (the "instant case"), and an Order for Relief was entered; and

It appearing that the Debtor(s) has had one (1) prior Chapter 13 Bankruptcy case (the "prior case") pending within one (1) year prior to the filing of this case, which prior case was dismissed; and

It appearing that the Motion and a Notice of Hearing has been properly served upon all creditors and parties in interest; and

It appearing that the filing of the instant case was in good faith as to all creditors; it is, accordingly,

**ADJUDGED, ORDERED**, and **DECREED** that the automatic stay of 11 U.S.C. § 362(a) shall not terminate and is hereby extended without condition as to Debtor(s), Debtor(s)'

property, all creditors, and property of the bankruptcy estate throughout the pendency of this

case; and it is further

    ORDERED that the Clerk shall mail copies of this Order, once entered to all parties on

the attached service list.

Date: April 4, 2011

_____
United States Bankruptcy Judge

Entered on Docket:

Seen and Agreed

/s/ Herbert Beskin
Chapter 13 Trustee

I ask for this:

By: /s/ Richard J. Oulton
Richard J. Oulton
Counsel for Debtor
The Debt Law Group, PLLC
111 Highland Ave
Colonial Heights VA 23834
Phone: (804) 520-2428
Fax: (804)318-3806

## CERTIFICATION

    Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ Richard J. Oulton
Richard J. Oulton
Counsel for Debtor(s)

## LIST of CREDITORS

**Adelphia**
Po Box 212489
Augusta, GA 30917

**Alfa Specialty Ins**
Po Box 11000
Montgomery, AL 36191

**Apex alarms**
2801 San Pablo Avenue
Berkeley, CA 94702

**At&T**
PO Box 8212
Aurora, IL 60572

**Briarwood Insurance Asso**
Po Box 4283
Lynchburg, VA 24502

**C & F Finance Co**
4660 S Laburnum Ave
Henrico, VA 23231

**Centra Health**
1204 Fenwick Drive
Lynchburg, VA 24502

**Centra Lab**
PO Box 2496
Lynchburg, VA 24501

**Cingular Wireless**
4750 Valley View Blvd NW
Roanoke, VA 24012

**City of Lynchburg**
Attn Jd Reynolds
Po box 603
Lynchburg, VA 24505

**IRS**
Po Box 7346
Philadelphia, PA 19101

**Kane Jeffers & Coper**
7110 Forest Ave
Richmond, VA 23220

**LCA Collections**
Po Box 2240
Burlington, NC 27216

**Leon Ferrance Esq**

PO Box 34
Roanoke, VA 24002

**Lynchburg General Hospital**
Po Box 2496
Lynchburg, VA 24501

**Palisades Collection**
C/0 Gregg Bienstock
PO Box 610700
Bayside, NY 11361

**Radiology Assoc of Lynchburg**
113 Nationwide Drive
Lynchburg, VA 24502

**Regional Acceptance**
304 Kellm Road
Virginia Beach, VA 23462

**Robert Kane Jr**
1700 Bayberry Court Ste 103
Richmond, VA 23226

**Sprint**
Po Box 96028
Charlotte, NC 28296

**Sprint Pcs**
Po Box 361743
Columbus, OH 43236

**Verizon**
500 Technology Drive
Saint Charles, MO 63304

**Virginia Dept of Taxation**
Po Box 2369
Richmond, VA 23218

**Walter Mortgage Company**
Po Box 31622
Tampa, FL 33631