B6D (Official Form 6D) (12/07)

In re **George Roosevelt Seward, Sr,**
**Karen Denise Seward**
_____,
Debtors

Case No. **11-60543**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**C & F Finance Co**<br>**4660 S Laburnum Ave**<br>**Henrico, VA 23231** | | J | **2004**<br>**auto**<br>**2003 Ford Expedition**<br><br>Value $ **10,075.00** | | | | **10,000.00** | **0.00** |
| Account No.<br><br>**City of Lynchburg**<br>**Attn Jd Reynolds**<br>**Po box 603**<br>**Lynchburg, VA 24505** | | J | **lien**<br>**2009 1243.66**<br>**2008 1188.08**<br>**2007 1292.12**<br>**2006 1293.72**<br>**2005 720.88**<br>**Location: 2301 Light Street, Lynchburg VA 24501**<br>Value $ **104,200.00** | | | | **7,300.00** | **0.00** |
| Account No.<br><br>**Regional Acceptance**<br>**304 Kellm Road**<br>**Virginia Beach, VA 23462** | | J | **7/2008**<br>**auto**<br>**2005 Saturn Ion**<br><br>Value $ **7,500.00** | | | | **11,047.00** | **3,547.00** |
| Account No.<br><br>**Walter Mortgage Company**<br>**Po Box 31622**<br>**Tampa, FL 33631** | | J | **Deed of Trust**<br>**Location: 2301 Light Street, Lynchburg VA 24501**<br><br>Value $ **104,200.00** | | | | **96,883.00** | **0.00** |
| **_0_** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **125,230.00** | **3,547.00** |
| | | | Total<br>(Report on Summary of Schedules) | | | | **125,230.00** | **3,547.00** |

B6E (Official Form 6E) (4/10)

In re **George Roosevelt Seward, Sr,**　　　　　　　　　　　　　　　　　　　　　　　　　Case No. **11-60543**
　　　**Karen Denise Seward**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

　　　A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

　　　The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

　　　Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

　　　Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

　　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

　　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

　　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

　　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

　　Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

　　Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

　　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

　　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

　　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

　　　　　　　　　　　　　　　　　　　　　　　**_1_** continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **George Roosevelt Seward, Sr,**
    **Karen Denise Seward**
                                                    , Debtors

Case No. **11-60543**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

*Taxes and Certain Other Debts Owed to Governmental Units*

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**City of Lynchburg**<br>**Attn Jd Reynolds**<br>**Po box 603**<br>**Lynchburg, VA 24505** | | J | **Personal Property taxes** | | | | 1,000.00 | 1,000.00 | 0.00 |
| Account No.<br>**IRS**<br>**Po Box 7346**<br>**Philadelphia, PA 19101** | | J | **2007 1182**<br>**2008 893.16**<br>**2008 808.15**<br>**2005 1320.79** | | | | 5,200.00 | 2,437.00 | 2,763.00 |
| Account No.<br>**Virginia Dept of Taxation**<br>**Po Box 2369**<br>**Richmond, VA 23218** | | J | **2010** | | | | 400.00 | 0.00 | 400.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    6,600.00    3,437.00    3,163.00

Total (Report on Summary of Schedules)    6,600.00    3,437.00    3,163.00

B6F (Official Form 6F) (12/07)

In re **George Roosevelt Seward, Sr,**  Case No. **11-60543**
**Karen Denise Seward**
_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Adelphia**<br>**Po Box 212489**<br>**Augusta, GA 30917** | | J | | | | | **200.00** |
| Account No.<br><br>**Alfa Specialty Ins**<br>**Po Box 11000**<br>**Montgomery, AL 36191** | | J | | | | | **70.00** |
| Account No.<br><br>**Apex alarms**<br>**2801 San Pablo Avenue**<br>**Berkeley, CA 94702** | | J | | | | | **100.00** |
| Account No.<br><br>**At&T**<br>**PO Box 8212**<br>**Aurora, IL 60572** | | J | | | | | **400.00** |

__2__ continuation sheets attached

Subtotal (Total of this page) **770.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **George Roosevelt Seward, Sr,**
    **Karen Denise Seward**

Case No. **11-60543**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Briarwood Insurance Asso**<br>**Po Box 4283**<br>**Lynchburg, VA 24502** | | J | | | | | **215.00** |
| Account No.<br><br>**Centra Health**<br>**1204 Fenwick Drive**<br>**Lynchburg, VA 24502** | | J | | | | | **330.00** |
| Account No. **multiple accounts**<br><br>**Centra Lab**<br>**PO Box 2496**<br>**Lynchburg, VA 24501** | | J | | | | | **300.00** |
| Account No.<br><br>**Cingular Wireless**<br>**4750 Valley View Blvd NW**<br>**Roanoke, VA 24012** | | J | | | | | **400.00** |
| Account No.<br><br>**LCA Collections**<br>**Po Box 2240**<br>**Burlington, NC 27216** | | J | | | | | **200.00** |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,445.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **George Roosevelt Seward, Sr,**
**Karen Denise Seward**
_____,
Debtors

Case No. **11-60543**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lynchburg General Hospital**<br>**Po Box 2496**<br>**Lynchburg, VA 24501** | | J | | | | | **250.00** |
| Account No.<br><br>**Radiology Assoc of Lynchburg**<br>**113 Nationwide Drive**<br>**Lynchburg, VA 24502** | | J | | | | | **115.00** |
| Account No.<br><br>**Sprint**<br>**Po Box 96028**<br>**Charlotte, NC 28296** | | J | | | | | **5,000.00** |
| Account No.<br><br>**Sprint Pcs**<br>**Po Box 361743**<br>**Columbus, OH 43236** | | J | | | | | **700.00** |
| Account No.<br><br>**Verizon**<br>**500 Technology Drive**<br>**Saint Charles, MO 63304** | | J | | | | | **300.00** |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **6,365.00**

Total (Report on Summary of Schedules) **8,580.00**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Virginia

In re **George Roosevelt Seward, Sr**
**Karen Denise Seward**
Debtor(s)

Case No. **11-60543**
Chapter **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 3, 2011**    Signature **/s/ George Roosevelt Seward, Sr**
**George Roosevelt Seward, Sr**
Debtor

Date **May 3, 2011**    Signature **/s/ Karen Denise Seward**
**Karen Denise Seward**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**Western District of Virginia**

In re: **George Roosevelt Seward, Sr / Karen Denise Seward**, Debtor(s)

Case No. **11-60543**
Chapter **13**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedules D, E, F**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **May 3, 2011**

**/s/ Richard Oulton**
**Richard Oulton**
Attorney for Debtor(s)
**The Debt Law Group, Pllc**
**The Debt Law Group, Pllc**
**111 Highland Ave**
**Colonial Heights, VA 23834**
**804-520-2428 Fax:804-451-4204**
**thedebtlawgroup@ymail.com**