# United States Bankruptcy Court
## Western District of Virginia

In re **George Roosevelt Seward, Sr / Karen Denise Seward**    Case No. **11-60543**

Debtor(s)    Chapter **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To: **C & F Finance Co**
**4660 S Laburnum Ave**
**Henrico, VA 23231**
*Name of creditor*

**2003 Ford Expedition**
*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ☒ To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐ To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2. *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days prior to confirmation hearing** |
| Date and time of confirmation hearing: | **6/16/2011 @ 9:30am** |
| Place of confirmation hearing: | **1101 Court Street Lynchburg VA 24504** |

**George Roosevelt Seward, Sr**
**Karen Denise Seward**
*Name(s) of debtor(s)*

By: **/s/ Richard Oulton**
**Richard Oulton**
*Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

**Richard Oulton**
*Name of attorney for debtor(s)*
**The Debt Law Group, Pllc**
**111 Highland Ave**
**Colonial Heights, VA 23834**
*Address of attorney [or pro se debtor]*

Tel. # **804-520-2428**
Fax # **804-451-4204**

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this **May 3, 2011**   .

          */s/ Richard Oulton*
          **Richard Oulton**
          *Signature of attorney for debtor(s)*

Software Copyright (c) 1996-2006 CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
### Western District of Virginia

In re *George Roosevelt Seward, Sr*
*Karen Denise Seward*
Debtor(s)

Case No. **11-60543**
Chapter **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:
*City of Lynchburg*
*Attn Jd Reynolds*
*Po box 603*
*Lynchburg, VA 24505*

*Name of creditor*

*2009 1243.66*
*2008 1188.08*
*2007 1292.12*
*2006 1293.72*
*2005 720.88*
*Location: 2301 Light Street, Lynchburg VA 24501*

*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ☒ To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐ To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

Software Copyright (c) 1996-2006 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

2.   *You should read the attached plan carefully for the details of how your claim is treated.*  The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

|  |  |
|---|---|
| Date objection due: | *7 days prior to confirmation hearing* |
| Date and time of confirmation hearing: | *6/16/2011 @ 9:30am* |
| Place of confirmation hearing: | *1101 Court Street Lynchburg VA 24504* |

*George Roosevelt Seward, Sr*
*Karen Denise Seward*
*Name(s) of debtor(s)*

By: */s/ Richard Oulton*
*Richard Oulton*
*Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

*Richard Oulton*
*Name of attorney for debtor(s)*
*The Debt Law Group, Pllc*
*111 Highland Ave*
*Colonial Heights, VA 23834*
*Address of attorney [or pro se debtor]*

Tel. #   *804-520-2428*
Fax #   *804-451-4204*

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this May 3, 2011____.

*/s/ Richard Oulton*
*Richard Oulton*
*Signature of attorney for debtor(s)*

# United States Bankruptcy Court
### Western District of Virginia

In re **George Roosevelt Seward, Sr / Karen Denise Seward**    Case No. **11-60543**
Debtor(s)    Chapter **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To: **Regional Acceptance**
**304 Kellm Road**
**Virginia Beach, VA 23462**
*Name of creditor*

**2005 Saturn Ion**
*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

    ☒ To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

    ☐ To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2. *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days prior to confirmation hearing** |
| Date and time of confirmation hearing: | **6/16/2011 @ 9:30am** |
| Place of confirmation hearing: | **1101 Court Street Lynchburg VA 24504** |

**George Roosevelt Seward, Sr**
**Karen Denise Seward**
*Name(s) of debtor(s)*

By: **/s/ Richard Oulton**
**Richard Oulton**
*Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

**Richard Oulton**
*Name of attorney for debtor(s)*
**The Debt Law Group, Pllc**
**111 Highland Ave**
**Colonial Heights, VA 23834**
*Address of attorney [or pro se debtor]*

Tel. # **804-520-2428**
Fax # **804-451-4204**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this **May 3, 2011**      .

*/s/ Richard Oulton*
**Richard Oulton**
*Signature of attorney for debtor(s)*

Software Copyright (c) 1996-2006 CCH INCORPORATED - www.bestcase.com                                                                                          Best Case Bankruptcy