**COURT PROCEEDING MEMO**
**CONFIRMATION HEARING/TRUSTEE'S SHOW CAUSE**

DATE:      AUGUST 18, 2011              CONTINUED HEARING  XX
TIME:      9:30 A.M.                     WITH CONDITIONS _____
CASE #:    11-60543
IN RE:     GEORGE R. SEWARD, SR. and KAREN D. SEWARD    PRESENT: ✓
COUNSEL FOR DEBTOR(S): OULTON/R   PRESENT: ✓   By: Boylan
TRUSTEE:   BESKIN/H   PRESENT: ✓

---

**XX**   CONFIRMATION HEARING

**XX**   TRUSTEE'S MOTION TO DISMISS/CONVERT

---

### OBJECTIONS

| CREDITOR: | COUNSEL | PRESENT |
|---|---|---|
|  |  |  |
|  |  |  |

| MODIFIED PLAN FILED: | SET FOR: | |
|---|---|---|
| #20 Amended Plan |  |  |
| AMENDED PLAN (Dkt #30) | 9/8/2011 |  |

|  |  |  |
|---|---|---|
|  | PLAN CONFIRMED |  |
|  | CASE DISMISSED |  |
|  | ATTORNEY FEE REQUEST |  |

|  |  |  |
|---|---|---|
| ✓ | CONFIRMATION HEARING CONTINUED | DATE: 9-29-11 @ 9:30 |
|  | TRUSTEE'S MOTION TO DISMISS/CONVERT CONTINUED | DATE: |
| ✓ | TRUSTEE'S MOTION TO DISMISS/CONVERT CONTINUED WITH CONDITIONS  ORDER DUE FROM: Oulton | DATE: 9-29-11 @ 9:30 |

### COMMENTS

|  |
|---|
|  |
|  |
|  |

FOR THE COURT:
WILLIAM E. ANDERSON, U.S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & COMPANY, COURT REPORTERS (434) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

***NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.